IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALBERT LEE ST. CLAIR, JR.,**

    **Plaintiff,**

v.                          Case No. 4:23-cv-331-AW-MAF

**WARDEN KEEN, et al.,**

    **Defendants.**

_____/

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I have considered the magistrate judge's August 7, 2023 report and recommendation. ECF No. 6. There has been no objection. I approve the recommendation because I agree Plaintiff has not shown entitlement to a temporary restraining order or a preliminary injunction.

The motion (ECF No. 2) is DENIED without prejudice.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on September 7, 2023.

                                      s/ *Allen Winsor*
                                      United States District Judge